**John McKINNEY, Appellant**

v.

**Lynn McKINNEY, Respondent.**

**No. WD 65875.**

Missouri Court of Appeals, Western District.

Nov. 21, 2006.

Karen Bourgeois, Esq., Columbia, MO, for Appellant.

Elton W. Fay, Esq., Columbia, MO, for Respondent.

Before LOWENSTEIN, P.J., SPINDEN and NEWTON, JJ.

## ORDER

PER CURIAM.

John McKinney appeals an Judgment of Contempt entered in the Circuit Court of Boone County for failure to pay child support arrearage in the amount of $16,092.06. This court finds the judgment of contempt is supported by substantial evidence. Judgment affirmed.  Rule 84.16(b).